No. 78–1409.  WILLIAMS v. PORT AUTHORITY OF NEW YORK AND NEW JERSEY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 78–1410.  HELDON v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 78–1413.  SIMS, DBA BICENTENNIAL SHOP v. KIRO, INC.  Ct. App. Wash.  Certiorari denied.

No. 78–1419.  BROCKETT, PROSECUTING ATTORNEY OF SPOKANE COUNTY v. SPOKANE ARCADES, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 78–1434.  WILSON v. OHIO.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 78–1439.  COHN ET AL. v. CITY OF NORWALK PLANNING AND ZONING COMMISSION ET AL.  Super. Ct. Conn., Fairfield County.  Certiorari denied.

No. 78–1443.  STROUSE ET AL. v. WINTER.  Sup. Ct. Okla. Certiorari denied.

No. 78–1446.  BARNES v. CHESAPEAKE & OHIO RAILWAY CO.  Sup. Ct. Ky.  Certiorari denied.

No. 78–1447.  STRAIN ET AL. v. TURNER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–1450.  DALEY v. NEW JERSEY.  Super. Ct. N. J. Certiorari denied.

No. 78–1458.  PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC. v. CITY OF NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.